10 So.3d 692 (2009)
Larry EUTON, Appellant,
v.
STATE of Florida, Appellee.
No. 5D09-247.
District Court of Appeal of Florida, Fifth District.
May 12, 2009.
Larry Euton, Cape Canaveral, Pro Se.
Bill McCollum, Attorney General, Tallahassee, and Ann M. Phillips, Assistant Attorney *693 General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See State v. Rothauser, 934 So.2d 17 (Fla. 2d DCA 2006).
ORFINGER, COHEN, JJ., and PLEUS, JR., R., Senior Judge, concur.